# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02318-RBJ-CBS

Cidney Fisk,

Plaintiff,

v.

Delta County Joint School District No. 50,
Board of Education of the Delta County School District No. 50,
Superintendent of the Delta County School District No. 50,
Principle of the Delta County High School,
Caryn Webb Gibson, individually,
Derek Mason Carlson, individually,
Shawna Magtutu, individually and as a guidance counselor at the Delta High School,
Holly Teyler-Crowder, individually and as a guidance counselor at Delta High School,
John Miller, individually and as a teacher at the Delta County High School

Defendants.

---

## STIPULATION FOR DISMISSAL

---

The parties, by their attorneys, pursuant to Fed. R.Civ.Proc. 41(a)(1), stipulate and agree that the above-captioned matter be dismissed against SHAWNA MAGTUTU and HOLLY TEYLER-CROWDER, each party to assume his, her, or its own attorney fees and costs.

Respectfully submitted this 29th day of August, 2018.

1

```
```

| ATTORNEYS FOR PLAINTIFFS: | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| By: /s/ Andrew B. Reid | By: /s/ |
| Andrew B. Reid, Atty. Reg. No. 25116 | Alice Conway Powers, Atty. Reg. No.: 47098 |
| Jeffrey A. Springer, Atty. Reg. No. 6793 | Jon J. Olafson, Atty. Reg. No.: 43504 |
| Springer and Steinberg, P.C. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 1600 Broadway, Suite 1200 | 1700 Lincoln Street, Suite 4000 |
| Denver, CO 80202 | Denver, Colorado 80203 |
| Phone: (303) 861-2800 | Phone: (303) 861-7760 |
| Fax: (303) 832-7116 | Fax: (303) 861-7767 |
| Email: jspringer@springersteinberg.com | Email: Alice.Powers@lewisbrisbois.com |
| Email: areid@springersteinberg.com | Email: Jon.Olafson@lewisbrisbois.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |