## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.        17-cv-02318-RBJ-CBS

Cidney Fisk,

Plaintiff,

v.

Delta County Joint School District No. 50,
Board of Education of the Delta County School District No. 50,
Superintendent of the Delta County School District No. 50,
Principle of the Delta County High School,
Caryn Webb Gibson, individually,
Derek Mason Carlson, individually,
John Miller, individually and as a teacher at the Delta County High School

Defendants.

---

## STIPULATION FOR DISMISSAL

---

The parties, by their attorneys, pursuant to Fed. R.Civ.Proc. 41(a)(1)(ii), stipulate and

agree that the above-captioned matter be dismissed as to all parties and claims, each party to

assume his, her, or its own attorney fees and costs.  Plaintiff acknowledges that the allegations in

her Complaint regarding Shawna Magtutu and Holly Teyler-Crowder failing to submit positive

recommendations relating to her are incorrect.

Respectfully submitted this ___ day of January, 2019.

ATTORNEYS FOR PLAINTIFFS:

By: _____

Andrew B. Reid, Atty. Reg. No. 25116
Jeffrey A. Springer, Atty. Reg. No. 6793
Springer and Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
Phone: (303) 861-2800
Fax: (303) 832-7116
Email: jspringer@springersteinberg.com
Email: areid@springersteinberg.com
*Attorneys for Plaintiff*

ATTORNEYS FOR DEFENDANTS:

By: _____

Alice Conway Powers, Atty. Reg. No.: 47098
Jon J. Olafson, Atty. Reg. No.: 43504
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203
Phone: (303) 861-7760
Fax: (303) 861-7767
Email: Alice.Powers@lewisbrisbois.com
Email: Jon.Olafson@lewisbrisbois.com
*Attorneys for Defendants*